IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Rita James, | ) | C/A No.: 3:25-cv-12675-SAL |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| Reagan James, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Reagan James ("Defendant"), proceeding *pro se*, filed a notice of removal purporting to remove a partition action filed by Rita James ("Plaintiff") in the Court of Common Pleas for Kershaw County, South Carolina. [ECF No. 1.] This matter is before the court for review of the Report and Recommendation of Magistrate Judge Shiva V. Hodges, (the "Report"), ECF No. 7, recommending that this court sua sponte remand this case for lack of subject matter jurisdiction. Attached to the Report was a notice advising Defendant of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. *Id.* at 8. Defendant has not filed objections, and the time for doing so has expired.

The magistrate judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The court is charged with making a *de novo* determination of only those portions of the Report that have been specifically objected to, and the court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case, the court finds no clear error and **ADOPTS** the Report, ECF No. 7. For the reasons discussed above and in the Report, this matter is remanded to the Court of Common Pleas for Kershaw County.

    **IT IS SO ORDERED.**

December 1, 2025  
Columbia, South Carolina

Sherri A. Lydon  
United States District Judge